Magistrate Judge:  Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRAIG and ANNE MONTGOMERY, spouses, and their marital community; and the KITSAP COUNTY DEPUTY SHERIFFS GUILD,<br><br>Plaintiffs,<br><br>-vs-<br><br>KITSAP COUNTY,<br><br>Defendant. | NO. C05-5225-KLS<br><br>ORDER ON AGREED MOTION CONTINUING HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER having come on regularly for hearing before the undersigned Judge of the above-entitled Court upon the Agreed Motion of the parties for an Order Continuing Hearing Date On Defendant's Motion For Summary Judgment; the parties being represented by their attorneys of record below-signed; the Court having read the files and records herein and being fully advised in the premises; now, therefore, it is hereby

ORDERED that hearing on the Defendant's Motion for Summary Judgment shall be continued to June 9, 2006.  The plaintiffs' responsive pleadings are due June 5, 2006, and the defendant's reply, if any, is due June 9, 2006.

(PROPOSED) ORDER CONTINUING
HEARING DATE ON DEFENDANT'S MOTION FOR
SUMMARY JUDGEMENT - 1

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

1 | DONE this 31st day of May, 2006.

                                        ___s/ Karen L. Strombom___
                                        U.S. Magistrate Judge

APPROVED FOR ENTRY:

_____/s/_____
IONE S. GEORGE
WSBA No. 18236
Deputy Prosecuting Attorney
Attorney for Defendant Kitsap County

APPROVED FOR ENTRY:

_____/s/_____
GEORGE MERKER
WSBA No. 11124
Attorney for Plaintiffs Anne Montgomery
and Craig Montgomery

APPROVED FOR ENTRY:

_____/s/_____
JAMES M. CLINE
WSBA No. 16244
Attorney for Plaintiff Kitsap County
Deputy Sheriff's Guild

(PROPOSED) ORDER CONTINUING
HEARING DATE ON DEFENDANT'S MOTION FOR
SUMMARY JUDGEMENT - 2

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

# CERTIFICATE OF SERVICE

I hereby certify that on the date stated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| George E. Merker | Phone: 206-842-8555 |
| Merker Law Offices | Fax:   206-201-5114 |
| PO Box 11131 | E-mail:  merkerlaw@Comcast.net |
| Bainbridge Island WA 98110 | |

| | |
|---|---|
| James M. Cline | Phone: 206-838-8770 |
| Cline and Associates | Fax:   206-838-8775 |
| 1001 Fourth Avenue, Ste. 2301 | |
| Seattle WA 98154-1119 | |

EXECUTED this 30th day of May, 2006.

/S/  Steven Hjerrild
Steven Hjerrild
Legal Assistant to Ione S. George
Kitsap County Prosecutor's Office
614 Division, MS 35A
Port Orchard, WA  98366

(PROPOSED) ORDER CONTINUING
HEARING DATE ON DEFENDANT'S MOTION FOR
SUMMARY JUDGEMENT - 3

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros